# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| NATALIE MATHER,<br><br>                Plaintiff,<br><br>vs.<br><br>ST. PETER'S HOSPITAL,<br><br>                Defendant. | No. CV-20-72-H-SEH<br><br>**ORDER** |

The Court's Scheduling Order of March 3, 2021, *inter alia*, directed Plaintiff to file a preliminary pretrial statement including pretrial disclosures by April 2, 2021.[1] None was filed.

Plaintiff's responses to Defendant's discovery requests due May 8, 2021, were not provided.[2]

Plaintiff has patently failed and refused to comply with the orders of the Court and to respond to disclosure requirements required by the Federal Rules of

---

[1] *See* Doc. 26.

[2] *See* Doc. 54.

Civil Procedure.

The Court may dismiss an action if a party "fails to obey an order to provide or permit discovery, including an order under Rule 26(f)."[3] Plaintiff, without explanation or justification, has failed: (1) to comply with this Court's Scheduling Order;[4] (2) to provide initial disclosures to Defendant; and (3) to respond to Defendant's discovery requests.

Dismissal is warranted.

ORDERED:

This action is DISMISSED. Each party shall bear their own costs and attorney fees.

DATED this 21st day of June, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Fed. R. Civ. P. 37(b)(2)(A)

[4] Doc. 26; *see also* Doc. 26 at 6.